# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138755

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 138755
                                        COA: 281379
                                        Wayne CC: 07-004487

ROOSEVELT LASHUN DUNBAR,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009                _____
                                              Clerk

s0720